# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

**JIMMIE L. FOSTER**                                    **CIVIL ACTION NO. 22-5662-P**

**VERSUS**                                              **JUDGE DOUGHTY**

**STEVE PRATOR, ET AL.**                                **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that *pro se* Plaintiff's Complaint [Doc. No. 1] is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 1st day of March, 2023.

Terry A. Doughty
United States District Judge